writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Charles C. Linthicum* and *Mr. George I. Haight* for the petitioner. *Mr. Melville Church* for the respondent.

———

No. 985. H. B. HOLLINS & COMPANY, PETITIONER, *v.* A. LEO EVERETT, AS RECEIVER, ETC. June 5, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles K. Beekman* and *Mr. William C. Armstrong* for the petitioners. *Mr. Leonard B. Smith* for the respondent.

———

No. 994. LEHIGH & WILKESBARRE COAL COMPANY, PETITIONER, *v.* HARTFORD & NEW YORK TRANSPORTATION COMPANY. June 5, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Jackson E. Reynolds* for the petitioner. *Mr. John W. Griffin* for the respondent.

———

No. 1005. WILLIAM H. COOPER, PETITIONER, *v.* THE UNITED STATES. June 5, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Griggs* for the petitioner. No brief filed for the respondent.

———

No. 1007. WILLIAM F. MURRAY, POSTMASTER, PETITIONER, *v.* POST PUBLISHING COMPANY. June 5, 1916. Petition for a writ of certiorari to the United States Cir-